UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
HALAL AHMED

        -V-

UNITED STATES OF AMERICA
--------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 24 2012 ★

BROOKLYN OFFICE

ORDER
CV12-552 (JBW)

For the reasons stated orally on the record, petitioner's motion to vacate or correct an illegal sentence pursuant to 28 U.S.C. section 2255, is denied. A certificate of appealability is denied.

So Ordered:

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 7/23/12

